AUG 2 3 2010

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLYDE H. MEANS, | )<br>) |
|       Plaintiff, | )   3:-10-CV-00076-LRH-RAM<br>) |
| vs. | )<br>)   <u>ORDER</u> |
| JAMES BENEDITTI, *et al.*, | )<br>) |
|       Defendants. | ) |

This is an action that was removed by defendants from the Sixth Judicial District Court, Pershing County, Nevada on the basis of federal question jurisdiction. Plaintiff moves the court to compel defendants to pay the filing fee (docket #13). The motion shall be denied as moot, because defendants have already paid the required filing fee at the time the action was removed from the state to the federal court.

**IT IS THEREFORE ORDERED** that the motion to compel (docket #13) is **denied**.

DATED: August 23, 2010.

_____
UNITED STATES MAGISTRATE JUDGE