# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLYDE H. MEANS, | 3:10-cv-0076-LRH (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | January 3, 2011 |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Strike Plaintiff's Reply to Answer (Doc. #36). Defendants' Motion is well taken.

Fed. R. Civ. P. 7(a) provides for the filing of a complaint and an answer and various other pleadings. The Rule does not permit the filing of an opposition to an answer to a complaint.

Defendants' Motion to Strike Plaintiff's Reply to Answer (Doc. #36) is **GRANTED**. The Clerk shall **STRIKE** Plaintiff's Reply to Defendants' Answer (Doc. #35).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:          /s/
         Deputy Clerk