UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| CLYDE H. MEANS, | CASE NO.  3:10-CV-0076-LRH-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: APRIL 18, 2011 |
| JAMES BENEDETTI, et al., | |
| Defendant(s). | |

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

Deputy Clerk: JENNIFER COTTER       Reporter: FTR: 2:01:03 p.m. - 2:12:32 p.m.

Counsel for Plaintiff(s): CLYDE MEANS, In Pro Per (telephonically)

Counsel for Defendant(s): CRYSTAL WILLIS and LANCE WHITE

PROCEEDINGS: **MOTION HEARING**

2:01 p.m. Court convenes.

The Court addresses the subject motions.

**Motion for Order Directing Defendants Correction of Error(s) (Docket #23)**

The Court notes there is nothing to correct.  The Motion for Order is DENIED.

**Motion for Defendants to Establish Under what Authority this Case was Transferred (#24) and Motion for Establishment of Transfer (#42)**

Plaintiff is advised that the defendants have good standing to remove the case to this Court.  IT IS ORDERED that these motions are DENIED.

**Motions to Strike (Docket #s 26 and 27)**

In light of the above rulings, IT IS ORDERED that the Motions to Strike are DENIED AS MOOT.

**Motion to Compel (Docket #48)**

IT IS ORDERED that the Motion to Compel is DENIED without prejudice to renewing when Plaintiff can point out which responses he feels are inadequate.

Page Two
Minutes
3:10-cv-0076-LRH-RAM (Means v. Benedetti, et al.)
April 18, 2011

Plaintiff advises the Court that there are certain documents in the case file of which he does not have copies.  IT IS ORDERED that the clerk shall send to Plaintiff Docket #s 4, 14, 17, 20, and 34.

Plaintiff further advises the Court that his hands are cuffed for this hearing and requests an order that this not be done in the future.  The Court asks Ms. Willis to inquire as to the rationale for the restraints and to request that, unless there is a valid reason, Plaintiff be unrestrained for future hearings.

2:12 p.m. Court adjourns.

                                                LANCE S. WILSON, CLERK

                                                By: /s/_____

                                                Deputy Clerk