

_____ FILED
_____ ENTERED
_____ RECEIVED
_____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 2 2 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CLYDE H. MEANS, | ) | 3:10-cv-0076-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 22, 2011 |
| | ) | |
| NEVADA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Stay Resubmission of Motion to Compel until Additional Interrogatories Responded to by Defendants (Doc. #54). Defendants have opposed the Motion (Doc. #55) and there has been no reply.

Plaintiff has failed to renew his Motion to Compel (Doc. #48) as suggested by the court at the hearing of April 18, 2011. Any discovery served by Plaintiff after the close of discovery on March 9, 2011, is untimely and not the proper subject of a motion to compel. Therefore any stay is unnecessary.

Plaintiff's Motion to Stay Resubmission of Motion to Compel until Additional Interrogatories Responded to by Defendants (Doc. #54) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:_____/s/_____
Deputy Clerk