FILED _____ ENTERED _____ RECEIVED _____ SERVED ON COUNSEL/PARTIES OF RECORD

JUN 2 2 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CLYDE H. MEANS, | ) | 3:10-cv-0076-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 22, 2011 |
| | ) | |
| NEVADA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER_____     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING_____

COUNSEL FOR DEFENDANT(S):  NONE APPEARING_____

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Compel (Doc. #58).  Defendants have opposed the Motion (Doc. #59).  The court does not need a reply to decide the Motion.

Plaintiff's Motion to Compel concerns interrogatories that Plaintiff served on May 6, 2011.  Discovery in this case closed March 9, 2011, and, therefore, the interrogatories are untimely and need not be responded to.

Plaintiff's Motion to Compel (Doc. #58) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
            Deputy Clerk